UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                              Case No:   2:15-cr-157-FtM-38CM

JOSEPH ROCCO DEBONA
_____

### PRELIMINARY ORDER OF FORFEITURE

Following a jury trial, the defendant was found guilty of being a convicted felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), as charged in Count One of the Indictment.

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for (1) Kel-tec, CNC Industries, Inc., model P-11, 9mm Luger semi-automatic pistol, serial number AHD31, and (2) seven rounds of Winchester 9mm Luger ammunition.

The United States has established the required connection between the crime of conviction and the firearm and ammunition.  Because the United States is entitled to forfeit the property, the motion is **GRANTED**.  Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the firearm and ammunition described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

This order shall become a final order of forfeiture as to the defendant at

sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE AND ORDERED** in Fort Myers, Florida, on January 4th, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE


Copies to:   All Parties/Counsel of Record